UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LISA J. PADILLA,

                    Plaintiff,

    -against-

SACKS AND SACKS, LLP; KENNETH SACKS;
EVAN SACKS; and DEVON REIFF,

                    Defendants.

------------------------------------- x

ORDER

19 Civ. 10021 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendants' motion to seal documents that were attached to Plaintiff's complaint, (ECF No. 9), is DENIED. The Clerk of Court is directed to close the motion accordingly.

Dated: New York, New York
       January 17, 2020

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge