UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

LISA J. PADILLA,

                         Plaintiff,

    -against-                         ORDER

SACKS AND SACKS, LLP; KENNETH SACKS;    19 Civ. 10021 (GBD)
EVAN SACKS; and DEVON REIFF,

                      Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendants' request for an adjournment of the initial conference and for an extension of time to comply with the Southern District of New York's Alternative Dispute Resolution program of mediation, (ECF No. 24), is GRANTED.

The initial conference is adjourned from February 19, 2020 to March 18, 2020 at 9:30 am.

The parties shall produce the information specified in the Discovery Protocols by March 16, 2020.

The parties shall participate in a mediation session by April 16, 2020.

Dated: New York, New York
       January 27, 2020

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    United States District Judge