UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
LISA J. PADILLA,

         Plaintiff,

 -against-

SACKS AND SACKS, LLP et al.,

         Defendants.
------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 7 2020

ORDER

19 Civ. 10021 (GBD)

GEORGE B. DANIELS, United States District Judge:

 This Court, having been informed that mediation in this case was unsuccessful, orders Plaintiff to submit a response to Defendants' motion to dismiss, (ECF No. 15), by July 31, 2020. Defendants shall submit any reply thereto by August 14, 2020.

Dated: New York, New York
   July 7, 2020

              SO ORDERED.

              *George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge