USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

LISA J. PADILLA,

                      Plaintiff,

     -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                      Defendants.

-----------------------------------------------------------------X

19-CV-10021 (GBD) (KHP)

**ORDER TO SEAL**

**KATHARINE H. PARKER, United States Magistrate Judge:**

     The Court respectfully requests that the Clerk of Court seal the entirety of the exhibit at ECF No. 48-1 in the above-captioned case. Access to the document should be limited to the parties and the Court.

**SO ORDERED.**

DATED:     New York, New York
               November 10, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge