```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA J. PADILLA,

                              Plaintiff,

         -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                              Defendants.

-----------------------------------------------------------------X

19-CV-10021 (GBD) (KHP)

**EX PARTE SUBMISSION ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court has been alerted that there may be a need for the Court to appoint a guardian *ad litem* in this case. Accordingly, Defendants' counsel shall submit an ex parte letter with the Court by email to explain the situation in more detail, attaching relevant confidential medical records, to the extent necessary. The letter should be submitted **by no later than December 21, 2020**. The Court will review the letter *in camera* and then rule on this issue.

       SO ORDERED.

DATED:     New York, New York
                December 14, 2020

                                                *Katharine H. Parker*
                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge