USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA J. PADILLA,

                            Plaintiff,

      -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                            Defendants.
-----------------------------------------------------------------X

19-CV-10021 (GBD) (KHP)

**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

    A telephonic Discovery Conference in this matter is hereby scheduled for **Friday, January 8, 2021, at 11:30 a.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

    SO ORDERED.

DATED:    New York, New York
               December 23, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge