```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

LISA J. PADILLA,

                              Plaintiff,                          **19-CV-10021 (GBD) (KHP)**

             -against-                                         **ORDER**

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                              Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiff and, separately, Plaintiff's Counsel have each filed ex parte letters with the Court concerning a dispute that has arisen between them. To the extent Plaintiff's counsel wishes to withdraw from representation, he shall file on ECF a motion to withdraw consistent with Local Rule 1.4. The Court will accept counsel's ex parte letter as support for the motion. The motion should be filed by **February 19, 2021**. To the extent Plaintiff wishes to terminate her counsel and retain new counsel, she must file a letter on ECF by no later than **February 18, 2021** indicating that she has discharged her current counsel. No motion to withdraw need be filed if Plaintiff elects beforehand to discharge her current counsel and so notifies the Court in her letter due February 18. **In light of the dispute that has arisen, Plaintiff's time to respond to the pending motion to compel is stayed for 30 days**. For avoidance of doubt and for the benefit of Plaintiff and her counsel, Local Rule 1.4 provides:

An attorney who has appeared as attorney of record for a party may be relieved or displaced only by order of the Court and may not withdraw from a case without leave of the Court granted by order. Such an order may be granted only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement and the posture of the case, including its position, if any, on the calendar, and whether or not the attorney is asserting a retaining or charging lien. All applications to withdraw must be served upon the client and (unless excused by the Court) upon all other parties.

**SO ORDERED.**

DATED:     New York, New York
           February 12, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge