USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

LISA J. PADILLA,

                            Plaintiff,

        -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                            Defendants.

-----------------------------------------------------------------X

**19-CV-10021 (GBD) (KHP)**

**ORDER RESCHEDULING**
**TELEPHONIC STATUS**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        The telephonic Status Conference in this matter scheduled for Thursday, March 4, 2021 at 11:15 a.m. is hereby rescheduled to **Tuesday, April 27, 2021, at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

        **A copy of this order has been emailed by Chambers to the Plaintiff.**

        SO ORDERED.

DATED:       New York, New York
                    February 24, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge