```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LISA J. PADILLA,

                                    Plaintiff,                        19-CV-10021 (GBD) (KHP)

            -against-                                                          ORDER


SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,


                                    Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's letter, dated March 1, 2021, which was faxed to chambers on March 5, 2021. Plaintiff is warned that she is not permitted to contact chambers directly via email or fax. Instead, all communications with the Court must be submitted through the Southern District's Pro Se Intake Unit, which can be contacted at (212) 805-0175. More information can also be found at https://www.nysd.uscourts.gov/prose/role-of-the-prose-intake-unit/contact.

Further, if Plaintiff would like to receive electronic notifications of all filings in this case, she should fill out and follow the instructions for the Consent to Electronic Service form, which the Court has attached to this order.

**A copy of this order has been emailed by Chambers to the Plaintiff.**

**SO ORDERED.**

DATED:   New York, New York
         March 5, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge