```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

LISA J. PADILLA,

                       Plaintiff,                  19-CV-10021 (GBD) (KHP)

       -against-                                        **ORDER**

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                       Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

      Plaintiff submitted the attached letter to this Court in contravention of Court rules. Plaintiff is directed not to file any submissions directly to Judge Parker. All filings must be submitted to the Pro Se Office and to opposing counsel at the same time. In light of the confidential medical information in the attached letter the Clerk of Court is directed to file the attachment as **Court View Only**.

      <u>A copy of this order has been emailed by Chambers to the Plaintiff.</u>

**SO ORDERED.**

DATED:     New York, New York
              March 30, 2021

                                                  */s/ Katharine H. Parker*
                                                 _____
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge