UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LISA J. PADILLA,

                            Plaintiff,

       -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                            Defendants.

----------------------------------------------------------------X

19-CV-10021 (GBD) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic case management conference scheduled for June 3, 2021 at 12:00 p.m. is hereby adjourned. As noted at ECF No. 134, the parties must submit a status report to the Court by June 11, 2021 to update the Court on the status of discovery and any disputes that may arise.

**SO ORDERED.**

DATED:    New York, New York
             June 2, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge