```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

LISA J. PADILLA,

                         Plaintiff,

        -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                         Defendants.

```
-----------------------------------------------------------------X
```

19-CV-10021 (GBD) (KHP)

**ORDER ADJOURNING CASE MANAGEMENT CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/28/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

The Case Management Conference in this matter scheduled for **Tuesday, July 6, 2021 at 10:00 a.m.** is hereby adjourned *sine die*.

                SO ORDERED.

DATED:      New York, New York
                June 28, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge