UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

LISA J. PADILLA,

                          Plaintiff,

       -against-

SACKS and SACKS, LLP, KENNETH SACKS,
EVAN SACKS, and DEVON REIFF,

                          Defendants.

-----------------------------------------------------------------X

19-CV-10021 (GBD) (KHP)

**ORDER RESCHEDULING TELEPHONIC STATUS CONFERENCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2021

**KATHARINE H. PARKER, United States Magistrate Judge:**

The telephonic Status Conference in this matter scheduled for Thursday, August 5, 2021 at 12:00 p.m. is hereby rescheduled to **Wednesday, August 18, 2021, at 10:00 a.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.

**Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

DATED:    New York, New York
              August 4, 2021

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge