# ALETOR LAW, PLLC.
Annette Aletor, Esq.

**MEMO ENDORSED**

Attorney at Law
Outside General Counsel and HR Consultant

515 Madison Avenue, Suite 9071
New York, New York 10022
Phone: (832) 630-7484
E-Mail: aaletor@gmail.com

<u>Via ECF</u>
Honorable Judge Katherine H. Parker
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/13/2021

August 12, 2021

**Re: Lisa Padilla v. Sacks & Sacks, LLP., et. Al, 19-CV-10021**
**Our File No.:AL027/21**

Dear Honorable Judge Parker:

This firm represents Plaintiff Lisa Padilla in the above-referenced matter. We write to respectfully request an extension of the status conference scheduled for August 18, 2021. The undersigned counsel is currently on medical leave through August 31, 2021, and is currently recovering from a medical procedure. Defendants are aware of this request and do not object to this request.

As such, we respectfully request that the upcoming status conference be adjourned to a later time convenient to the court. Thank you for your courtesy and attention to this matter.

Respectfully yours,

*/s/ Annette Aletor*

Annette Aletor, Esq.

Cc: All parties noticed via ECF

---

**APPLICATION GRANTED:** The telephonic Case Management Conference in this matter scheduled for Wednesday, August 18, 2021 at 10:00 a.m. is hereby rescheduled to <u>Wednesday, September 29, 2021, at 12:00 p.m.</u> Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. <u>Please dial (866) 434-5269; access code 4858267.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
08/13/2021