MERCEDES COLWIN
MCOLWIN@GRSM.COM

LINDSEY BLACKWELL
LBLACKWELL@GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

**GORDON&REES**
**SCULLY MANSUKHANI**
YOUR 50 STATE PARTNER™

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

October 12, 2021

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

10/13/2021

**VIA ECF FILING SYSTEM**

Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 11A
New York, NY 10007-1312

    Re:    *Padilla v. Sacks & Sacks LLP et seq.*, 1:19-cv-10021
            *Notice to Court of Settlement in Principle*

Dear Magistrate Judge Parker:

    We write, on behalf of all parties, to advise the Court that the parties have reached an agreement in principle to resolve this matter, and contemplate filing a stipulation of voluntary dismissal, with prejudice, within thirty (30) days. Accordingly, the parties respectfully request a stay of the proceedings and that all pending deadlines and conferences be adjourned *sine die*.

    We thank the Court for its consideration herein.

                                          Respectfully submitted,

                                          *Lindsey Blackwell*

                                          Lindsey Blackwell

cc: All Counsel of Record (via ECF)

1223678/62305084v.1