UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x

LISA J. PADILLA,

                              Plaintiff,

       -against-                            ORDER

SACKS AND SACKS, LLP, KENNETH        19 Civ. 10021 (GBD)
SACKS, and DEVON REIFF,

                            Defendants.

---------------------------------------- x

NOV 16 2021

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: November 16, 2021
       New York, New York

                                                  SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  UNITED STATES DISTRICT JUDGE